IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. _3:26-345_ |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1343 |
| v. | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| RAMEZ AMMAR ABUHASHEM | ) | |
| | ) | |
| | ) | **INDICTMENT** |

COUNT 1
*(Wire Fraud and Aiding/Abetting)*

THE GRAND JURY CHARGES:

At all times relevant to the Indictment,

1.     GoFundMe is an online crowdfunding platform that allows individuals, groups, and charities to raise money for personal causes, emergencies, medical bills, education, and non-profit projects.

2.     To access the GoFundMe platform, users create a campaign page with a story, photos, or videos and share it via social media to attract donations from friends, family, and strangers. Donations are received by online transfers from individual financial accounts into the financial account of user.

3.     GoFundMe users set up a campaign for themselves or a beneficiary, set a monetary goal, and share the link to collect donations. Donors do not receive a product or service in return for their donation, but The GoFundMe Giving Guarantee protects donors by offering limited refunds if donations are misused or do not reach the intended beneficiary.

THE SCHEME AND ARTIFICE TO DEFRAUD

4.      On or about February 17, 2024, **RAMEZ AMMAR ABUHASHEM** set up GoFundMe ID 80217077 titled, "Help us Evacuate from Gaza," with express purpose of collecting donations to relocate medical students from Gaza.

5.      Between on or about February 17, 2024, and in or about December 2025, the defendant, **RAMEZ AMMAR ABUHASHEM** secured by wire transmission GoFundMe donations by making false statements concerning the intended use of funds to evacuate individuals out of Gaza. Instead, he kept most of the funds for himself to purchase real property in the District of South Carolina.

6.      Between on or about February 17, 2024, and in or about December 2025, in the District of South Carolina, and elsewhere, the defendant, **RAMEZ AMMAR ABUHASHEM** for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce, writings, signs and signals: to wit, monetary donations through the online GoFundMe platform.

All in violation of Title 18, United States Code Sections 1343 and 2.

## **FORFEITURE**

WIRE FRAUD:

Upon conviction to violate Title 18, United States Code, Sections 1343 as charged in this Indictment, the Defendant, **RAMEZ AMMAR ABUHASHEM**, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

A.     Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offenses charged in this Indictment, that is, a minimum of $226,341.33 and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of Title 18.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(a)     cannot be located upon the exercise of due diligence;
(b)     has been transferred or sold to, or deposited with, a third person;
(c)     has been placed beyond the jurisdiction of the Court;
(d)     has been substantially diminished in value; or
(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of a Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

_____
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
T. DeWayne Pearson (Fed. ID #10859)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-254-2912
Email: DeWayne.Pearson@usdoj.gov